UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-02084-CJC-DFM | Date | November 29, 2022 |
|---|---|---|---|
| Title | Malik M. Azhar v. Experian et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (REMOVAL) AS TO DEFENDANTS ADVENT INTERNATIONAL CORPORATION AND CAPITAL ONE

    This action was removed to this Court on **November 16, 2022**. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. No response has been filed as to **Defendants Advent International Corporation and Capital One.** Accordingly, Plaintiff is ordered to show cause in writing on or before **December 6, 2022** why these defendants should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A response to the Complaint by Defendants **Advent International Corporation and Capital One**;
2. An application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure, as to all Defendants, or
3. A Notice of Voluntary Dismissal as to Defendants **Advent International Corporation and Capital One.**

    No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to respond to this Order may result in dismissal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:22-cv-02084-CJC-DFM | Date | November 29, 2022 |
|---|---|---|---|
| Title | Malik M. Azhar v. Experian et al | | |

                                                                                                                                                                                  - : -

Initials of Deputy Clerk   rrp