JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 22-02084-CJC (DFMx)          Date: March 22, 2023

Title: <u>MALIK M. AZHAR v. EXPERIAN INFORMATION SOLUTIONS INC., *et al.*</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| <u>Rolls Royce Paschal</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE**

       In this case, Plaintiff Malik M. Azhar alleges that Defendants Experian Information Solutions, Inc., Equifax Inc., Transunion Holding Company, Inc., and Capital One Auto Finance violated the Fair Credit Reporting Act and the Fair Debt Collections Practices Act. (Dkt. 19 [First Amended Complaint].) On March 2, 2023, the Court granted Defendants' motions to dismiss, which Plaintiff failed to oppose. (Dkt. 29.) The Court gave Plaintiff until March 20, 2023 to file an amended complaint addressing Defendants' arguments in their motions to dismiss. (*Id.*) The Court admonished that "**[f]ailure to file an amended complaint by that date will result in dismissal of Plaintiff's claims with prejudice.**" (*Id.* [emphasis in original].) Plaintiff has failed to file an amended complaint. Accordingly, the Court **DISMISSES** Plaintiff's claims **WITH PREJUDICE**.

cbt

MINUTES FORM 11
CIVIL-GEN                                                                                 Initials of Deputy Clerk RRP